MARTIN FORD, PROSECUTOR, v. VILLAGE OF RIDGEWOOD, DEFENDANT.

Argued January 18, 1928—Decided May 1, 1928.

Before Justices PARKER, MINTURN and CAMPBELL.

For the prosecutor, *Frank Bergen.*

For the defendant, *J. Willard De Yoe.*

PER CURIAM.

This case is controlled by the views expressed by us in the case of Public Service Electric and Gas Company against the same defendant, number 273 of the present term; and, for the reasons given in that case, the conviction under review will be set aside.